

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00410-CV

Julian Javier **CARDOZA**,
Appellant

v.

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 18-01-35159-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is affirmed.

We order that appellee Texas Department of Public Safety recover its costs of appeal from appellant Julian Javier Cardoza.

SIGNED February 27, 2019.

_____
Beth Watkins, Justice